IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRISTOPHER KYLE PRATER,

      Plaintiff,                    No. CIV S-06-1993 FCD GGH P

    vs.

MTA OLIVER, et al.,

      Defendants.           ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis with an action filed pursuant to 42 U.S.C. § 1983. By order filed November 9, 2006, plaintiff's complaint was dismissed with leave to file an amended complaint. Plaintiff filed an amended complaint.

        The amended complaint states a cognizable claim for relief pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b), as to defendants Medical Technical Assistant (MTA) Oliver, Dr. Lee; Dr. Sahota; Kim Stocker. If the allegations of the amended complaint are proven, plaintiff has a reasonable opportunity to prevail on the merits of this action. As to the remaining defendant, the undersigned, by concurrent findings and recommendations, recommends her dismissal.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Service is appropriate for the following defendants: MTA Oliver; Dr. B. Lee;

1

1  Kim Stocker; Dr. P. Sahota.

2        2.  The Clerk of the Court shall send plaintiff four (4) USM-285 forms, one

3  summons, an instruction sheet and a copy of the amended complaint filed December 1, 2006.

4        3.  Within thirty days from the date of this order, plaintiff shall complete the

5  attached Notice of Submission of Documents and submit the following documents to the court:

6          a.  The completed Notice of Submission of Documents;

7          b.  One completed summons;

8          c.  One completed USM-285 form for each defendant listed in number 1

9          above; and

10          d.  Five (5) copies of the endorsed amended complaint filed December 1,

11          2006.

12        4.  Plaintiff need not attempt service on defendants and need not request waiver of

13  service.  Upon receipt of the above-described documents, the court will direct the United States

14  Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4

15  without payment of costs.

16  DATED: 5/1/07

17                                            /s/ Gregory G. Hollows

18                                            UNITED STATES MAGISTRATE JUDGE

19

20

21  GGH:009

22  prat1993.1am

23

24

25

26

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRISTOPHER KYLE PRATER,

     Plaintiff,                      No. CIV S-06-1993 FCD GGH P

     vs.

MTA OLIVER, et al.,                NOTICE OF SUBMISSION

     Defendants.              OF DOCUMENTS

_____/

     Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

     __1__     completed summons form

     __4__     completed USM-285 forms

     __5__     copies of the __December 1, 2006__
                                Amended Complaint

DATED:

                                                      _____
                                                      Plaintiff