IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRISTOPHER KYLE PRATER,

      Plaintiff,                     No. CIV S-06-1993 FCD GGH P

   vs.

MTA OLIVER, et al.,               ORDER

      Defendants.

_____/

      Plaintiff is proceeding in forma pauperis pursuant to 28 U.S.C. § 1915. By order filed June 27, 2007, service of process of plaintiff's amended complaint, filed on December 1, 2006, was directed upon defendants MTA Oliver; Dr. B. Lee; Kim Stocker; Dr. P. Sahota. On August 21, 2007, defendants Lee, Sahota and Stocker filed an answer to the amended complaint.[1]

      Before the answer was filed, plaintiff prematurely filed a document he entitled a "joint motion for summary judgment," predicated primarily on the mistaken premise that defendants had failed to respond timely to his amended complaint, a defective motion which he also failed to serve upon defendants. Under Fed. R. Civ. P. 12(a)(1)(B), if there has been a timely waiver of the summons by request under Rule 4(d), a defendant has 60 days to file an

---

[1] Although defendant Oliver has apparently not yet responded, there has as yet been no filing of an unexecuted request for waiver of service as to this individual.

1

answer. Although the waivers of service of process have not yet been filed in the case docket, the answer was filed within the 60-day requisite time period. Plaintiff's defective motion for summary judgment will be vacated. Defendants will be directed to inform the court within ten days whether defendant Oliver has received a request for waiver of service of the summons and has waived service of process, and, if so, to file an answer, or a motion for joinder on that defendant's behalf in the August 21, 2007, answer.

Accordingly, IT IS ORDERED that:

1. Plaintiff's defective and inapposite "joint motion for summary judgment," filed on July 31, 2007, is vacated;

2. Within ten days, defendants' counsel must inform the court as to whether defendant Oliver has received a request for waiver of service and has waived service of process, and, if so, must file an answer or a motion for joinder in the August 21, 2007 answer on that defendant's behalf.

DATED: 9/25/07                                           /s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:009
prat1993.vac