IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRISTOPHER KYLE PRATER,

      Plaintiff,                        No. CIV S-06-1993 FCD GGH P

      vs.

MTA OLIVER, et al.,                  ORDER

      Defendants.

_____/

      By Order, filed on September 25, 2007, defendants' counsel was directed to inform the court whether defendant MTA[1] Oliver had received a request for waiver of service and had waived service of process. Counsel provided a timely response indicating that the CDCR[2] does not employ MTA's any longer, and further stating that MTA Oliver "is believed to no longer be employed by the California Department of Corrections and Rehabilitation and has not been located." Thus, on information and belief, defendant's counsel concluded that defendant Oliver has not received a request for waiver of service and has not waived service.

\\\\\

---

[1] Medical Technical Assistant.

[2] California Department of Corrections and Rehabilitation.

1

There is some vagueness in the response and the court now directs defendants' counsel to query the Department of Corrections and Rehabilitation to ascertain whether or not defendant Oliver is, in fact, no longer employed by CDCR. If defendant Oliver is still employed with the Department of Corrections and Rehabilitation *or any other California state agency*, counsel shall provide the business address to plaintiff and the court. If counsel is otherwise informed of the business address of defendant Oliver, counsel shall provide the address to plaintiff and this court. In the event that counsel, after conducting a good faith inquiry, cannot ascertain the business address of defendant Oliver, counsel shall so inform the court. Defendants' counsel shall file and serve the appropriate response within twenty days of the file date of this order.

DATED: 10/1/07                                         /s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:009
prat1993.8esup.