IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRISTOPHER KYLE PRATER,

       Plaintiff,                       No. CIV S-06-1993 FCD GGH P

    vs.

MTA OLIVER, et al.,

       Defendants.              <u>ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed a request for assistance to have access to the law library, averring that he has been placed in administrative segregation, thus inhibiting his law library access. Plaintiff does not allege, nor does the court's review reveal, that he is under a present obligation to submit documents within a certain time frame; thus, he has not demonstrated that his right of access to the courts with respect to litigating this case is being impaired at this time.

        Accordingly, IT IS HEREBY ORDERED that plaintiff's insufficiently supported request, filed on September 21, 2007, for assistance in obtaining law library access is denied without prejudice.

DATED: 10/1/07

                                                  /s/ Gregory G. Hollows

GGH:cm                                           GREGORY G. HOLLOWS
prat1993.80                                   UNITED STATES MAGISTRATE JUDGE