IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRISTOPHER KYLE PRATER,

      Plaintiff,                        No. CIV S-06-1993 FCD GGH P

    vs.

MTA OLIVER, et al.,                  <u>ORDER</u>

      Defendants.

_____/

      By <u>Order</u>, filed on October 1, 2007, defendants' counsel was directed to conduct an inquiry and to inform the court whether defendant MTA[1] Oliver is still employed with the Department of Corrections and Rehabilitation or any other California state agency, and, if so, to provide the business address to plaintiff and the court. Defendant's counsel provided a prompt response indicating that no MTA was employed by Folsom State Prison at the relevant time named Oliver, but that there was an MTA named L. Olver employed there during that period. Defendants' counsel also provided the current address of this individual, at this time employed by the Department of Mental Health at California Medical Facility in Vacaville.

      The address provided for L. Olver is:

---

[1] Medical Technical Assistant.

1

Department of Mental Health
Vacaville Psychological Programs
P.O. Box 2297
Vacaville, CA 95696-2297

Plaintiff must now inform the court if this is the individual that he identifies as defendant Oliver. If so, plaintiff must fill out a USM-285 form for this individual and return it within twenty days. If not, plaintiff must so inform the court within the same period.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to send to plaintiff one (1) USM-285 form;

2. If L. Olver is the individual plaintiff intended to name as a defendant when he identified a defendant named Oliver, within twenty days from the date of this order, plaintiff shall complete and submit one completed USM-285 form for defendant Olver;

3. Alternatively, if L. Olver is not the individual plaintiff intended to name as a defendant in this action, plaintiff must so inform the court within twenty days.

Dated: 10/11/07

/s/ Gregory G. Hollows
_____
U.S. Magistrate Judge

GGH:009
prat1993.8e(2)

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRISTOPHER KYLE PRATER,

        Plaintiff,                No. CIV S-06-1993 FCD GGH P

    vs.

MTA OLIVER, et al.,

        Defendants.        <u>NOTICE OF SUBMISSION</u>

_____/     <u>OF DOCUMENTS</u>

       Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

     __1__     completed USM-285 form

DATED:

                                                                  Plaintiff

DATED: