IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRISTOPHER KYLE PRATER,

    Plaintiff,                 No. CIV S-06-1993 FCD GGH P

    vs.

MTA OLIVER, et al.,

    Defendants.           ORDER

_____/

         On February 13, 2008, defendants requested an extension of time to file a dispositive motion. In doing so, defendants apparently failed to comply with Local Rule 5-137(b), by neither filing a proposed order via CM-ECF or emailing such an order in word processing format to the undersigned's email box. In their request, defendants seek an extension until March 30, 2009, to file a motion for summary judgment, which was some thirty days beyond the dispositive motion deadline set forth in the Scheduling Order, filed on April 21, 2008. Since the request was not considered at the time it was filed, the court will grant defendants an extension of time until May 20, 2009, to file a dispositive motion.

         Accordingly, IT IS HEREBY ORDERED that:

         1. Defendants' request for an extension of time, filed on February 13, 2009 (#50) is granted as modified below;

1

2. Defendants are granted until May 20, 2009, to file a motion for summary judgment. Plaintiff's reply, if any, shall be filed thirty days thereafter.

3. In future, defendants must file requests in compliance with L.R. 5-137(b) in order to receive the court's consideration.

DATED: April 28, 2009

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:009
prat1993.eot