# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

CHRISTOPHER KYLE PRATER,

        Plaintiff,           No. CIV S-06-1993 FCD GGH P

   vs.

MTA OLIVER, et al.,

        Defendants.         **ORDER & WRIT OF HABEAS CORPUS**
                                      /     **AD TESTIFICANDUM**

        Christopher Kyle Prater, inmate # V-67110, a necessary and material witness in proceedings in this case on July 8, 2010, is confined in California Men's Colony, Highway 1, San Luis Obispo, California 93409, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Nandor J. Vadas at California State Prison, Solano, 2100 Peabody Road, Vacaville, California 95696 on July 8, 2010 at 11:00 a.m.

        ACCORDINGLY, IT IS ORDERED that:

        1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by Judge Vadas; and thereafter to return the inmate to the above institution, or other appropriate facility at the discretion of the California Department of Corrections and Rehabilitation;

        2.  The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

        3.  The Clerk of the Court is directed to serve a courtesy copy of this order and writ of habeas corpus ad testificandum on the Out-To-Court Desk, California State Prison, Solano, P.O. Box 4000, Vacaville, California 95696.

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, California Men's Colony, P.O. Box 8101, San Luis Obispo, California, 93409:**

        **WE COMMAND** you to produce the inmate named above to testify before Judge Vadas at Calilfornia State Prison, Solano, at the time and place above, until completion of the settlement conference or as ordered by Judge Vadas; and thereafter to return the inmate to the above institution, or other appropriate facility at the discretion of the California Department of Corrections and Rehabilitation.

        **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: April 29, 2010

                        /s/ Gregory G. Hollows
                    United States Magistrate Judge

prat1993.841