1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

10   CHRISTOPHER KYLE PRATER,                    No. CIV S-06-1993 FCD GGH P

11            Plaintiff,

12      vs.                                      ORDER

13   MTA OLIVER, et al.,

14            Defendants.

15   _____/

16            Plaintiff is a prisoner proceeding pro se with an action under 42 U.S.C. § 1983.

17   Both plaintiff and the remaining defendant, Dr. Paramvir Sahota, having indicated that they

18   would be amenable to the setting of a settlement conference in this matter, this case will be

19   referred to Magistrate Judge Nandor J. Vadas to conduct a settlement conference at California

20   State Prison, Solano (CSP-SOL), on July 8, 2010, at 11:00 a.m.

21            The court will vacate the pretrial conference date set in the Further Scheduling

22   Order, filed on April 19, 2010 (docket # 73), to accommodate the settlement conference and will

23   re-schedule it herein, should the case not settle.  The trial confirmation hearing and trial dates,

24   however, remain as set forth in docket # 73.  A separate writ of habeas corpus ad testificandum to

25   transport the plaintiff from California Men's Colony (CMC) will issue forthwith.

26   \\\\\

1

1       In accordance with the above,  IT IS HEREBY ORDERED that:

2       1.  This case is set for a settlement conference before Magistrate Judge Nandor J.

3   Vadas on July 8, 2010, at 11:00 a.m. at CSP-SOL, 2100 Peabody Road, Vacaville, California

4   95696.

5       2.  Parties shall appear with full settlement authority.

6       3.  The parties are to provide confidential settlement conference statements to the

7   Honorable Nandor J. Vadas, U.S. District Court-Northern District of California, 514 H Street,

8   Eureka, CA 95502 or via email at NJVpo@cand.uscourts.gov, so that they arrive no later than

9   June 24, 2010.

10      4.  The July 16, 2010, pretrial conference is vacated from the April 19, 2010,

11  Further Scheduling Order (docket # 73); should this matter not be resolved at the settlement

12  conference, however, the pretrial conference is herein re-set for August 6, 2010, with plaintiff's

13  pretrial statement now due by July 16, 2010, and defendant's pretrial statement due by July 30,

14  2010.

15      5.  The pretrial confirmation hearing and jury trial dates remain as set forth in the

16  April 19, 2010, Further Scheduling Order (docket # 73).

17  DATED: May 3, 2010

18

19                                      /s/ Gregory G. Hollows

20                                      _____
                                        U.S. MAGISTRATE JUDGE

21

22

23

24

25

26