IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRISTOPHER KYLE PRATER,

    Plaintiff,                     No. CIV S-06-1993 FCD GGH P

  vs.

P. SAHOTA, et al.,

    Defendants.               ORDER

_____/

        Plaintiff is a prison inmate proceeding pro se and in forma pauperis with a civil rights action, currently set for a settlement conference on July 8, 2010. On May 6, 2010, plaintiff filed his fourth request for the appointment of counsel. Plaintiff's previous requests were filed on January 28, 2008, June 22, 2009 and February 25, 2010. All requests were denied. In light of those orders, IT IS HEREBY ORDERED that plaintiff's May 6, 2010 request (Docket No. 77) is denied.

DATED: May 17, 2010

                              /s/ Gregory G. Hollows
                              GREGORY G. HOLLOWS
                              UNITED STATES MAGISTRATE JUDGE

GGH:md
prat1993.31.thr