IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRISTOPHER KYLE PRATER,

        Plaintiff,                    No. CIV S-06-1993 FCD GGH P

   vs.

P. SAHOTA, et al.,

        Defendants.         <u>ORDER</u>

/

        Plaintiff is a prison inmate proceeding pro se and in forma pauperis with a civil rights action.  On July 22, 2010, plaintiff filed his fifth request for the appointment of counsel.  Plaintiff's previous requests were filed on January 28, 2008, June 22, 2009, February 25, 2010, and May 6, 2010.  All requests were denied.  In light of those orders, IT IS HEREBY ORDERED that plaintiff's July 22, 2010, request (Docket No. 84) is denied.

DATED: August 5, 2010

                                    /s/ Gregory G. Hollows

                                    GREGORY G. HOLLOWS
                                    UNITED STATES MAGISTRATE JUDGE

GGH:kly
prat1993.31thr