IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRISTOPHER KYLE PRATER,

        Plaintiff,                    No. CIV S-06-1993 FCD GGH P

    vs.

P. SAHOTA, et al.,

        Defendants.            ORDER

/

        Plaintiff is a prison inmate proceeding pro se and in forma pauperis with a civil rights action. On November 9, 2010, plaintiff filed his sixth request for the appointment of counsel. Plaintiff's previous requests were filed on January 28, 2008, June 22, 2009, February 25, 2010, May 6, 2010 and July 22, 2010. All requests were denied. In light of those orders, IT IS HEREBY ORDERED that plaintiff's November 9, 2010 request (Docket No. 95) is denied.

DATED: December 7, 2010                    /s/ Gregory G. Hollows

                                                  GREGORY G. HOLLOWS
                                                  UNITED STATES MAGISTRATE JUDGE

GGH:md
prat1993.31.thr(2)