IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRISTOPHER KYLE PRATER,

    Plaintiff,               No. CIV S-06-1993 KJM GGH P

    vs.

P. SAHOTA, et al.,

    Defendants.        ORDER

_____/

        Plaintiff is a prison inmate proceeding pro se and in forma pauperis with a civil rights action. On February 16, 2011, plaintiff filed his seventh request for the appointment of counsel. Plaintiff's previous requests were filed on January 28, 2008, June 22, 2009, February 25, 2010, May 6, 2010, July 22, 2010, and November 9, 2010. All requests were denied. In light of those orders, IT IS HEREBY ORDERED that plaintiff's February 16, 2011, request (Docket No. 100) is denied.

DATED: February 28, 2011

                                    /s/ Gregory G. Hollows

                                  GREGORY G. HOLLOWS
                                  UNITED STATES MAGISTRATE JUDGE

GGH:kly
prat1993.31thr