IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRISTOPHER KYLE PRATER,

     Plaintiff,                    No. CIV S-06-1993 KJM GGH P

  vs.

P. SAHOTA, et al.,

     Defendants.           ORDER

_____/

        In the Pretrial Order, it was noted that the parties in this case had failed to reach agreement at a settlement conference which had taken place on July 8, 2010. Magistrate Judge Vadas indicated, on July 26, 2010, however, that the parties would continue to explore settlement options and that there would be a status conference by telephone at an unspecified time in the future. See Pretrial Order, filed on August 12, 2010, p. 8.

        This matter is currently set for trial on June 27, 2011. A trial confirmation hearing is scheduled before the Honorable Kimberly J. Mueller on April 27, 2011 at 11:00 a.m., for which a writ of habeas corpus ad testificandum issued on March 8, 2011 for plaintiff to appear via video-conference. Plaintiff has subsequently filed a motion for another settlement conference.

\\\\\

1

In light of the current posture of the case and the impending trial confirmation hearing before Judge Mueller, the undersigned will deny plaintiff's request for a renewed settlement conference, but the denial will be without prejudice to plaintiff's addressing his request for a further settlement conference to the district judge at the upcoming hearing.

Accordingly, IT IS ORDERED that plaintiff's motion for a further settlement conference, filed on March 15, 2011 (docket # 104), is denied without prejudice to plaintiff's moving for a further settlement conference at the trial confirmation hearing.

DATED: March 24, 2011

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:009
prat1993.ord