IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRISTOPHER KYLE PRATER,

    Plaintiff,                       No. CIV S-06-1993 KJM GGH P

    vs.

P. SAHOTA, et al.,

    Defendants.                ORDER

                                   /

On March 8, 2011, the court issued a writ of habeas corpus ad testificandum for plaintiff's appearance by videoconferencing at a trial confirmation hearing set for April 27, 2011. Counsel for defendant has now notified the court that the videoconferencing equipment at the prison will not be available on that day and seeks a modification.

IT IS THEREFORE ORDERED that:

1. Defendant's motion to modify the order compelling plaintiff's appearance by videoconferencing (ECF Nos. 106) is granted;

2. Plaintiff is to appear in person at the trial confirmation set for April 27, 2011 at 11:00 a.m. in Courtroom Three; an amended writ of habeas corpus ad testificandum accompanies this order;

3. The parties should be prepared to exchange the exhibits identified in the pretrial order at the trial confirmation hearing; and

1

4. In addition, the parties should be prepared to address the progress of any further settlement negotiations.

DATED: April 5, 2011.

_____
UNITED STATES DISTRICT JUDGE

2

prat1993.ord