1

2

3

4

5

6

7            IN THE UNITED STATES DISTRICT COURT

8          FOR THE EASTERN DISTRICT OF CALIFORNIA

9  CHRISTOPHER KYLE PRATER,

10          Plaintiff,                    No. CIV S-06-1993 KJM GGH P

11       vs.

12  P. SAHOTA, et al.,

13          Defendants.                   ORDER

14  _____/

15      Plaintiff is a California state prisoner proceeding pro se in a civil rights action under 42

16  U.S.C. § 1983.  Rebecca Woodson has been selected from the court's pro bono attorney panel to

17  represent plaintiff and she has accepted the appointment.

18          Accordingly, IT IS HEREBY ORDERED that:

19      1. Rebecca Woodson is appointed as counsel in the above entitled matter.

20      2. Appointed counsel shall notify Sujean Park at (916) 930-4278, or via email at

21  spark@caed.uscourts.gov if she has any questions related to the appointment.

22      3. The Clerk of the Court is directed to serve a copy of this order upon Rebecca

23  Woodson, McKenna Long & Aldridge, LLP, 101 California Street, 41st Floor, San Francisco,

24  California 94111.

25  DATED:  June 6, 2011.

_____
                                     UNITED STATES DISTRICT JUDGE
26  scru0633.31