STANLEY W. LANDFAIR (BAR NO. 160003)
slandfair@mckennalong.com
REBECCA L. WOODSON (BAR NO. 194191)
rwoodson@mckennalong.com
NATASHA SUMNER (BAR NO. 232443)
nsumner@mckennalong.com
McKENNA LONG & ALDRIDGE LLP
101 California Street
41st Floor
San Francisco, CA  94111
*Telephone:*     (415) 267-4000
*Facsimile:*     (415) 267-4198

Attorneys for Plaintiff
CHRISTOPHER KYLE PRATER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| CHRISTOPHER KYLE PRATER, | CASE NO. 2:06-CV-01993 KJM-GGH (PC) |
|---|---|
| Plaintiffs, | **STIPULATION TO CONTINUE JURY TRIAL DATE** |
| v. | Date:        July 11, 2011<br>Time:        9:00 a.m.<br>Courtroom: 715<br>Judge:       Kimberly J. Mueller |
| MTA OLIVER, et al., | |
| Defendants. | |
| | [E.D. Cal. R. 143 (Fed. R. Civ. P. 83)] |

The undersigned parties, by and through their respective counsel of record, hereby stipulate as follows:

/ / /

McKenna Long &
Aldridge LLP
Attorneys At Law
San Francisco

STIPULATION TO CONTINUE JURY TRIAL DATE
SF:27479607.1

## STIPULATION

WHEREAS, pursuant to an order issued by the above-entitled Court, counsel for Plaintiff CHRISTOPHER KYLE PRATER ("Mr. Prater" or "Plaintiff") was assigned to the instant matter on June 6, 2011.

WHEREAS, immediately thereafter, Plaintiff's counsel submitted the matter internally for approval; said approval being given, and a *pro bono* billing number assigned on June 21, 2011, allowing counsel to begin work on the matter.

WHEREAS, Plaintiff's counsel has not yet been able to schedule a meeting with Mr. Prater despite several telephone calls and a brief conversation with "Tami," Legal Visiting Coordinator, 707-451-0182 ex. 5752, at CSP, Solano, where Mr. Prater is currently incarcerated.

WHEREAS, Plaintiff's counsel has prepared an engagement letter for Mr. Prater's signature. Said engagement letter has been forwarded internally to counsel's conflicts department, as required by counsel's internal new matter and *pro bono* policies, and has not yet been cleared for mailing to Mr. Prater for signature.

WHEREAS, Plaintiff's counsel has contacted Mr. Prater's treating physician, Dr. Renee Lauritzen, who states she will be out of state on July 11, 2011 and unable to attend trial.

WHEREAS, Plaintiff's counsel has prepared medical release forms from Dr. Lauritzen's office for Mr. Prater's signature, and expect to obtain said signature at counsel's in-person meeting with Mr. Prater.

WHEREAS, counsel for the parties have met and conferred concerning a continuance of the trial date in this matter, and confirmed, to the best of counsel's knowledge, that witnesses to be called by the parties will be available for trial testimony the week of August 22, 2001, or shortly thereafter.

WHEREAS, the parties shall continue their efforts to settle this matter pending trial.

///

///

NOW THEREFORE, IN LIGHT OF THE RECITALS ABOVE IT IS HEREBY STIPULATED, by and among the parties through their undersigned counsel, that the present trial date in this matter of July 11, 2011, shall be continued to the week of August 22, 2011, or shortly thereafter to a date specified by the Court.

Dated:      July 1, 2011           Respectfully submitted,

                                    MCKENNA LONG & ALDRIDGE LLP

                                    */s/ Rebecca L. Woodson*

                                    STAN W. LANDFAIR
                                    REBECCA L. WOODSON
                                    *Attorneys for Plaintiff*
                                    *Christopher Kyle Prater*

Dated:      July 1, 2011           Respectfully submitted,

                                    KAMALA D. HARRIS
                                    Attorney General of California
                                    ALBERTO L. GONZALEZ
                                    Supervising Deputy Attorney General

                                    */s/ John Padrick*

                                    JOHN PADRICK
                                    Deputy Attorney General
                                    *Attorneys for Defendant*
                                    *Paramvir Sahota, M.D.*

   Good cause appearing, IT IS ORDERED that the trial in this matter is continued to August 22, 2011.

Dated: July 6, 2011.

_____
UNITED STATES DISTRICT JUDGE

McKENNA LONG &
ALDRIDGE LLP
ATTORNEYS AT LAW
SAN FRANCISCO

SF:27479607.1