STANLEY W. LANDFAIR (BAR NO. 160003)
slandfair@mckennalong.com
REBECCA L. WOODSON (BAR NO. 194191)
rwoodson@mckennalong.com
NATASHA SUMNER (BAR NO. 232443)
nsumner@mckennalong.com
McKENNA LONG & ALDRIDGE LLP
101 California Street
41st Floor
San Francisco, CA  94111
*Telephone:*     (415) 267-4000
*Facsimile:*     (415) 267-4198

Attorneys for Plaintiff
CHRISTOPHER KYLE PRATER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CHRISTOPHER KYLE PRATER,<br><br>        Plaintiffs,<br><br>   v.<br><br>MTA OLIVER, et al.,<br><br>        Defendants. | CASE NO. 2:06-CV-01993 KJM-GGH (PC)<br><br>**SECOND STIPULATION TO CONTINUE JURY TRIAL DATE**<br><br>Date:       August 22, 2011<br>Time:       9:00 a.m.<br>Courtroom: 715<br>Judge:      Kimberly J. Mueller<br><br>[E.D. Cal. R. 143 (Fed. R. Civ. P. 83)] |

The undersigned parties, by and through their respective counsel of record, hereby stipulate as follows:

/ / /

McKENNA LONG &
ALDRIDGE LLP
ATTORNEYS AT LAW
SAN FRANCISCO

SECOND STIPULATION TO CONTINUE JURY TRIAL DATE
SF:27486183.1

**STIPULATION**

WHEREAS, pursuant to an order issued by the above-entitled Court, counsel for Plaintiff CHRISTOPHER KYLE PRATER ("Mr. Prater" or "Plaintiff") was assigned to the instant matter on June 6, 2011.

WHEREAS, counsel of record for Plaintiff, Rebecca Woodson, is unable to continue representation of Plaintiff. Attorney Natasha Sumner filed a designation of counsel on August 11, 2011 substituting in for Ms. Woodson. Attorney Pat Malone is currently seeking admittance to the Eastern District, and will substituted in to the above-entitled matter.

WHEREAS Plaintiff's counsel seeks a second continuance to allow sufficient time for Ms. Sumner and Mr. Malone prepare for trial.

WHEREAS, Plaintiff's counsel is attempting to contact Plaintiff's treating physician, Dr. Renee Lauritzen. Plaintiff's counsel submitted a signed authorization for records to Dr. Lauritzen's office on July 18, 2011 and is awaiting receipt of records.

WHEREAS, Defense counsel has just recently requested a signed authorization from Plaintiff to obtain CDCR records for use at trial. Plaintiff's counsel will request signature at the next scheduled meeting with Plaintiff on August 19, 2011. Counsel for both parties request a continuance to insure adequate time to receive and review said records.

WHEREAS, counsel for the parties have met and conferred concerning a continuance of the trial date in this matter, and confirmed, to the best of counsel's knowledge, that witnesses to be called by the parties will be available for trial testimony the week of September 26, 2011, or shortly thereafter.

WHEREAS, the parties shall continue their efforts to settle this matter pending trial.

NOW THEREFORE, IN LIGHT OF THE RECITALS ABOVE IT IS HEREBY STIPULATED, by and among the parties through their undersigned counsel, that the present trial date in this matter of August 22, 2011, shall be continued to the week of September 26, 2011, or shortly thereafter to a date specified by the Court.  Plaintiff's counsel is unavailable September 19-23, 2011.

Dated:      August 12, 2011                    Respectfully submitted,

MCKENNA LONG & ALDRIDGE LLP

*/s/ Natasha v. Sumner*

STAN W. LANDFAIR
NATASHA V. SUMNER
*Attorneys for Plaintiff*
*Christopher Kyle Prater*

Dated:      August 12, 2011                    Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California
ALBERTO L. GONZALEZ
Supervising Deputy Attorney General

*/s/ John Padrick*

JOHN PADRICK
Deputy Attorney General
*Attorneys for Defendant*
*Paramvir Sahota, M.D.*

Good cause appearing, IT IS ORDERED that the trial date of August 24, 2011, is vacated, and trial is set for September 26, 2011, at 9:00.

Dated:  August 12, 2011.

_____
UNITED STATES DISTRICT JUDGE